UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15153 |
| | | CHAPTER 13 |
| JULIE M. SHULTZ-ADKINS | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917099 | $1.75 |

Creditor(s)
Spirit of America National Bank
c/o First Express
P.O. Box 856132
Louisville, KY 40285

                                         Respectfully submitted,

                               /s/    Margaret A. Burks, Esq.
                                         Margaret A. Burks, Esq.
                                         Chapter 13 Trustee
                                         Attorney No. OH 0030377

                                         Francis J. DiCesare, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0038798

                                         Karolina F. Perr, Esq.
                                         Staff Attorney
                                         Attorney No. OH 0066193

                                         600 Vine Street, Suite 2200
                                         Cincinnati, OH 45202
                                         (513) 621-4488
                                         (513) 621 2643 (Facsimile)
                                         mburks@cinn13.org - Correspondence only
                                         fdicesare@cinn13.org
                                         kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 17, 2010.

                    /s/     Margaret A. Burks, Esq.
                          Margaret A. Burks, Esq.

Spirit of America National Bank
c/o First Express
P.O. Box 856132
Louisville, KY 40285

Debtor(s) Counsel
PAUL J. MINNILLO, ESQ.
2712 OBSERVATORY AVENUE
CINCINNATI, OH  45208

Debtor(s)
JULIE M. SHULTZ-ADKINS
4088 CREEK ROAD
CINCINNATI, OH  45241

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Sprit of America National Bank
c/o American Infosource
P.O. Box 248872
Oklahoma City, OK 73124

Registry_Deposit_for_Creditor